UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:11-cv-524-FL

| | |
|---|---|
| DEREK J. BALLENTINE, DAVID C. STRICKLAND, CONNIE W. STRICKLAND, and MARK E. McGILL, <br>         Plaintiffs, <br><br> v. <br><br> THE TOWN OF COATS, DUNCAN EDWARD JAGGERS, KELLY W. FIELDS, KENNETH M. STORICKS, ANDY C. LEE, and MICHAEL BLACKMAN, <br>         Defendants. | **ORDER ALLOWING RELEASE OF POLICE REPORTS AND VIDEO PERTAINING TO PLAINTIFFS' ARRESTS** |

In the above-entitled action, defendant Town of Coats has moved the Court for an Order allowing the release of the various police reports and a video contained in the Town's police department's investigative files concerning the incidents / arrests involving the plaintiffs in this action – said arrests and incidents being referred to in the Amended Complaint. These reports and video have been requested by plaintiffs in discovery. Defendant asserts that these reports and video are relevant and necessary for the further handling of this case and that a Court Order is necessary prior to the production of these documents pursuant to N.C. Gen. Stat. § 132-1.4 which, defendant asserts, prohibits the release of criminal investigative files and reports without a court order. Plaintiffs and defendant Kelly Fields consent to this Motion.

IT IS NOW ORDERED that defendant Town of Coats shall produce its police reports and the video noted above to counsel for the other parties in this case for use, including filing, in this case. IT IS FURTHER ORDERED that prior to filing any such documents with the Court,

the parties shall redact all information subject to redaction by the Rules of this Court prior to filing.

This the <u>  13  </u> day of <u>    August        </u>, 2012.

_____
US District Court Judge
Eastern District of North Carolina